**PHILLIPS DAYES**
LAW FIRM
*A Professional Corporation*

3101 North Central Avenue, Suite 1500
Phoenix, Arizona 85012
TREY DAYES, No. 020805
SEAN C. DAVIS, No. 030754
seand@phillipsdayeslaw.com
Direct: (602) 288-1610 ext. 432
Attorneys for Plaintiff

William J. O'Leary, Az. Bar No. 015224
O'LEARY EATON, P.L.L.C.
115 N. Grove Avenue
Prescott, Arizona 86301
(928) 445-1856
bill@olearyeaton.com

Attorney for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Charles Martin and Na Chen,<br><br>Plaintiffs,<br><br>vs.<br><br>Raskin Jewelers, LTD, an Arizona limited business; Greg Raskin; and Renee Raskin,<br><br>Defendants. | Case No.: 3:16-cv-08127-JZB<br><br>**STIPULATION TO DISMISS** |

    The parties, each by and through their respective counsel undersigned, hereby stipulate and agree to dismiss these proceedings with prejudice, each side to bear its own costs and attorney's fees.

WHEREFORE, it is requested that the Court enter the proposed order of dismissal being submitted concurrently herewith.

Dated: April 10, 2017                    Respectfully submitted,

**PHILLIPS DAYES LAW FIRM PC**

By  /s/Trey Dayes
    Trey Dayes
    Sean C. Davis

Attorneys for Plaintiffs

**O'LEARY EATON, P.L.L.C.**

By: /s/William O'Leary (with permission)
    William O'Leary

Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**O'LEARY EATON, P.L.L.C.**
William O'Leary
115 N. Grove Avenue
Prescott, Arizona 86301
*Attorney for Defendants*

By: /s/Sean C. Davis