# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles Martin, et al., | No. CV-16-08127-PCT-JZB |
| Plaintiffs, | **ORDER** |
| v. | |
| Raskin Jewelers Limited, et al., | |
| Defendants. | |

The Court having reviewed the parties' Stipulation to Dismiss (Doc. 48), and good cause appearing,

**IT IS ORDERED** that the Stipulation to Dismiss (Doc. 48) is granted.

**IT IS FURTHER ORDERED** that this matter be dismissed with prejudice, each party to bear its own fees and costs.

Dated this 9th day of May, 2017.

Honorable John Z. Boyle
United States Magistrate Judge